FIRST DEPARTMENT, OCTOBER, 1955.

(October 4, 1955.)

LILA VLACHOUTSICOS, Respondent, v. CHARALAMBOS VLACHOUTSICOS, Appellant.—

Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ.

MARIE P. FERNANDEZ, Appellant, v. JOSE O. FERNANDEZ, Respondent.—

Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ.

ANTHONY CORRADO et al., Respondents, v. MICHAEL LA PERCH, Defendant, and McLEAN TRUCKING COMPANY, Appellant.— All concur. Concur — Peck, P. J., Cohn, Breitel, Botein and Rabin, JJ.

MELANIE ROSENSTOCK, as Administratrix of the Estate of BERTHA LISSBERGER, Deceased, Appellant, v. GERARD ESTATES, INC., Respondent.— No opinion. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.

ROSE GABRIEL, Appellant, v. WOODDIKE REALTY CORPORATION et al., Respondents.— No opinion. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ. [See *post*, p. 1090.]

RICHARD J. CALLAHAN, an Infant, by JOSEPH CALLAHAN, His Guardian ad Litem, et al., Respondents, v. BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant, et al., Defendant.— No opinion. Concur — Peck, P. J., Cohn, Bastow, Botein and Rabin, JJ.